THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRUMANT, Appellant. [952 NYS2d 469]—

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Chambers and Sgroi, JJ., concur.